ABBOTT *et al. v.* STRICKLAND *et al.*

SIMMONS, C. J.    1. Where the evidence is conflicting, the discretion of the trial judge in granting upon certiorari a first new trial will not be controlled.
2. Questions not made by the record will not be considered, although argued in this court.          *Judgment affirmed.    All the Justices concurring.*

Argued April 1, — Decided April 27, 1901.

Certiorari.    Before    Judge    Gober.    Milton    superior    court. August 21, 1900.

*J. P. Brooke, B. F. Simpson,* and *T. L. Lewis,* for plaintiffs.
*H. L. Patterson, J. A. Dodgen,* and *P. D. McCleskey,* contra.